# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEO SOLAR DEUTSCHLAND GMBH, | Case No. 2:12-cv-2629-ODW(SPx) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |
| v. | |
| INNOVATIVE MECHANICAL AND ELECTRICAL, INC.; KARIN THYSSEN and MANFRED HEINZ THYSSEN; and DOES 1–10, | |
| Defendants. | |

Defendants Karin Thyssen and Manfred Thyssen had until September 11, 2012 to file an answer to Plaintiff's First Amended Complaint.  (*See* ECF No. 29.)  Defendants failed to do so.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than September 18, 2012, why this case should not be dismissed for failure to prosecute.  The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer by Defendants.  In the event both documents are filed before the above date, the earlier filed document will take precedence.  Failure to respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

September 13, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**