**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEO SOLAR DEUTSCHLAND GMBH,<br><br>           Plaintiff,<br><br>   v.<br><br>INNOVATIVE MECHANICAL AND ELECTRICAL, INC.; KARIN THYSSEN and MANFRED HEINZ THYSSEN; and DOES 1–10,<br><br>           Defendants. | Case No. 2:12-cv-2629-ODW(SPx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF COOPERATION** |

The Court has received Plaintiff's unilateral Rule 26(f) report. (ECF No. 37.) Plaintiff alleges that it sought on three occasions, the cooperation of Defendants Karin Thyssen and Manfred Thyssen, for the preparation of this report. But according to Plaintiff, the Thyssens were nowhere to be found. To date, the Thyssens have not filed their own Rule 26(f) report.

Under the Court's Order setting the scheduling conference, the parties must—in good faith—jointly prepare and file a Rule 26(f) report. (ECF No. 34 at 4.) Failure by any defendants to do so may result in the Court striking their answer and entering default against them.

Accordingly, Defendants Karin Thyssen and Manfred Thyssen are hereby **ORDERED TO SHOW CAUSE**, in writing no later than November 30, 2012, why the Court should not strike their answer and enter default against them. The November 26, 2012 Scheduling Conference is hereby **VACATED**.

**IT IS SO ORDERED.**

November 13, 2012

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**