**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEO SOLAR DEUTSCHLAND GMBH,<br><br>         Plaintiff,<br><br>   v.<br><br>INNOVATIVE MECHANICAL AND ELECTRICAL, INC.; KARIN THYSSEN and MANFRED HEINZ THYSSEN; and DOES 1–10,<br><br>         Defendants. | Case No. 2:12-cv-2629-ODW(SPx)<br><br>**ORDER TO SHOW CAUSE RE RULE 26(F) JOINT STATUS REPORT** |

The Court has received Plaintiff's unilateral Rule 26(f) report and Defendants' response to the Court's Order To Show Cause. (ECF Nos. 37, 38, 40.) Plaintiff and Defendants are hereby **ORDERED** to collaborate and jointly prepare a report as required under Federal Rule of Civil Procedure 26(f), to be filed with the Court no later than December 31, 2012. Failure to comply by either party will result in sanctions, including dismissal of the action or an entry of default.

The Court advises Defendants that a Federal Pro Se Clinic is located in the United States Courthouse at 312 N. Spring Street, Room 525, Fifth Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays,

Wednesdays, and Fridays at 9:30 a.m. The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions. Defendants are encouraged to visit the clinic for advice concerning their case.

**IT IS SO ORDERED.**

December 3, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**